B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**T-L Brywood LLC, a Delaware Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4816646** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Tri-Land Properties, Inc.**<br>**One Westbrook Corporate Center**<br>**Suite 520**<br>**Westchester, IL**   ZIP Code **60154** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Brywood Center**<br>**8636 East 63rd Street**<br>**Kansas City, MO 64133** |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Chapter 11 Debtors**

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | T-L Brywood LLC, a Delaware Limited Liability Company |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **T-L Brywood LLC, a Delaware Limited Liability Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**March 12, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Tri-Land Properties, Inc. By Richard Dube, President**
Signature of Authorized Individual

**Tri-Land Properties, Inc. By Richard Dube, President**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March 12, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **T-L Brywood LLC, a Delaware Limited Liability Company**          Case No.
                                                   Debtor(s)              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALL CARE SWEEPING LLC<br>12120 State Line Rd<br>Suite 362<br>Leawood, KS | ALL CARE SWEEPING LLC<br>12120 State Line Rd<br>Suite 362<br>Leawood, KS | | | 4,768.31 |
| BLACK TOP PAVING<br>551 Cambridge Ave<br>Kansas City, MO | BLACK TOP PAVING<br>551 Cambridge Ave<br>Kansas City, MO | PO. No. 82613 | | 11,095.00 |
| CUSTOM ENGINEERING, INC.<br>12760 E. Highway 40<br>Independence, MO | CUSTOM ENGINEERING, INC.<br>12760 E. Highway 40<br>Independence, MO | | | 2,075.43 |
| G4 SECURITY SERVICES<br>PO Box 277469<br>Atlanta, GA | G4 SECURITY SERVICES<br>PO Box 277469<br>Atlanta, GA | | | 23,856.15 |
| JPI GLASS<br>9760 N. Pomona Ave<br>Kansas City, MO | JPI GLASS<br>9760 N. Pomona Ave<br>Kansas City, MO | | | 9,604.07 |
| KCMO WATER SERVICES DEPARTMENT<br>PO Box 807045<br>Kansas City, MO | KCMO WATER SERVICES DEPARTMENT<br>PO Box 807045<br>Kansas City, MO | | | 10,569.00 |
| KISSICK CONTRUCTION COMPANY<br>8131 Indiana Avenue<br>Kansas City, MO | KISSICK CONTRUCTION COMPANY<br>8131 Indiana Avenue<br>Kansas City, MO | | | 6,872.00 |
| LAW/KINGDON INC.<br>PO Box 1094<br>Wichita, KS | LAW/KINGDON INC.<br>PO Box 1094<br>Wichita, KS | | | 8,840.43 |
| PIPING CONCEPTS<br>520 W. 103rd Street<br>Suite 311<br>Kansas City, MO | PIPING CONCEPTS<br>520 W. 103rd Street<br>Suite 311<br>Kansas City, MO | Po. No.82566 | | 18,030.78 |
| PKFC, INC DBA PLANET FITNESS<br>4251 NE Port Drive<br>Lee's Summit, MO | PKFC, INC DBA PLANET FITNESS<br>4251 NE Port Drive<br>Lee's Summit, MO | | | 200,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **T-L Brywood LLC, a Delaware Limited Liability Company**  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SEAL O'MATIC<br>PO Box 9037<br>Riverside, MO | SEAL O'MATIC<br>PO Box 9037<br>Riverside, MO | Po. No.81816 | | 11,873.34 |
| SHAFER, KLEIN, & WARREN<br>11250 Corporate Avenue<br>Lenexa, KS | SHAFER, KLEIN, & WARREN<br>11250 Corporate Avenue<br>Lenexa, KS | | | 4,767.50 |
| SNOWMEN, INC.<br>PO Box 4247<br>Overland Park, KS | SNOWMEN, INC.<br>PO Box 4247<br>Overland Park, KS | | | 3,000.00 |
| STINSON, MORRISON, HECKER, LLP<br>PO Box 843052<br>Kansas City, MO | STINSON, MORRISON, HECKER, LLP<br>PO Box 843052<br>Kansas City, MO | | | 2,133.00 |
| STUCCO REPAIR SPECIALISTS LLC<br>PO Box 6012<br>Leawood, KS | STUCCO REPAIR SPECIALISTS LLC<br>PO Box 6012<br>Leawood, KS | | | 2,233.00 |
| SUNRISE ELECTRIC<br>3813 SW Briarwood Oak Dri<br>Blue Springs, MO | SUNRISE ELECTRIC<br>3813 SW Briarwood Oak Dri<br>Blue Springs, MO | | | 15,326.00 |
| TALIAFERRO & BROWNE, INC.<br>1020 East 8th Street<br>Kansas City, MO | TALIAFERRO & BROWNE, INC.<br>1020 East 8th Street<br>Kansas City, MO | | | 2,000.00 |
| TERRACON<br>13910 W 96th Ter<br>Lenexa, KS | TERRACON<br>13910 W 96th Ter<br>Lenexa, KS | | | 4,540.00 |
| TERRACON CONSULTANTS, INC.<br>13910 W 96th Ter<br>Lenexa, KS | TERRACON CONSULTANTS, INC.<br>13910 W 96th Ter<br>Lenexa, KS | | | 4,851.00 |
| VOLTAGE ENTERPRISES INC<br>217 W. A9th Terrace<br>Suite B<br>Kansas City, MO | VOLTAGE ENTERPRISES INC<br>217 W. A9th Terrace<br>Suite B<br>Kansas City, MO | Po. No.82270 | | 5,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **T-L Brywood LLC, a Delaware Limited Liability Company**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 12, 2012**      Signature   **/s/ Tri-Land Properties, Inc. By Richard Dube, President**
                                                                                  **Tri-Land Properties, Inc. By Richard Dube, President**
                                                                                  **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ALL CARE SWEEPING LLC
12120 State Line Rd
Suite 362
Leawood, KS

FACULTY SOLUTIONS GROUP, INC.
6435 Vista Drive
Shawnee, KS

KCP & L
PO Box 219330
Kansas City, MO

ALLIED WASTE
PO Box 9001099
Louisville, KY

FACULTY SOLUTIONS GROUP
6435 Vista Drive
Shawnee, KS

KISSICK CONTRUCTION COMPAN
8131 Indiana Avenue
Kansas City, MO

AXIOM SECURITY & LIGHTING
22052 W. 66th Street
Suite 101
Shawnee Mission, KS

FAST SIGNS
8844 W. 95th
Overland Park, KS

LAW/KINGDON INC.
PO Box 1094
Wichita, KS

BLACK TOP PAVING
551 Cambridge Ave
Kansas City, MO

G4 SECURITY SERVICES
PO Box 277469
Atlanta, GA

LIGHT BULBS, INC
14821 West 99th
Lenexa, KS

BOONE BROTHERS ROOFING
1060 W. Santa Fe
Olathe, KS

GILL REPROGRAPHICS,INC CHICAGO
17W715 Butterfield Rd
Suite B
Oakbrook Terrace, IL

MARKETPLACE MEDIA GROUP
115 South Grove Ave
Suite 207
Elgin, IL

BRICKMAN GROUP LTD., INC.
3630 Solutions Center
Chicago, IL

HANSO DBHG, INC.
1436 Eagle Brook Drive
Geneva, IL

MESIROW FINANCIAL INC.
IRA Dept. Attn: Mary Tait
353 North Clark Street
Chicago, IL 60654

CSI SERVICE CORPORATION
666 Dundee Road
Suite 903
Northbrook, IL

IRR CORPORATE & PUBLIC FINANCE
1901 West 97th Place
Suite 300
Westwood, KS

MESIROW FINANCIAL INC.
IRA Department, Attn: Mary Tait
353 North Clark Street
Chicago, IL 60654

CUSTOM ENGINEERING, INC.
12760 E. Highway 40
Independence, MO

JACKSON COUNTY COLLECTOR
PO Box 2902
Shawnee Mission, KS

MESIROW FINANCIAL INC. CUST
FBO FR Mesirow Financial, Inc
 IRA Department AT
Chicago, IL

DZA ASSOCIATES, INC.
17W220 22nd Street
Suite 440
Oakbrook Terrace, IL

JPI GLASS
9760 N. Pomona Ave
Kansas City, MO

MISSOURI GAS & ENERGY
PO Box 219255
Kansas City, MO

EZ SIGNS
15347 S. Cicero Ave
Oak Forest, IL

KCMO WATER SERVICES DEPARTMENT
PO Box 807045
Kansas City, MO

PIPING CONCEPTS
520 W. 103rd Street
Suite 311
Kansas City, MO

PKFC, INC DBA PLANET FITNESS
4251 NE Port Drive
Lee's Summit, MO

SUNRISE ELECTRIC
3813 SW Briarwood Oak Dr
Blue Springs, MO

PRO ELECTRIC
5320 Speaker Road
Kansas City, MO

T-L CATONSVILLE PRO LLC
C/O TRI-LAND PRO
One Westbrook Corp Ctr., #520
Westchester, IL

PROTECTION ONE ALARM MONITORING
PO Box 872987
Kansas City, MO

TALIAFERRO & BROWNE, INC.
1020 East 8th Street
Kansas City, MO

ROZIER ELECTRIC
1608 SW Jefferson
Lee's Summit, MO

TERRACON
13910 W 96th Ter
Lenexa, KS

SEAL O'MATIC
PO Box 9037
Riverside, MO

TERRACON CONSULTANTS, INC.
13910 W 96th Ter
Lenexa, KS

SHAFER, KLEIN, & WARREN
11250 Corporate Avenue
Lenexa, KS

THE EXAMINER
410 S. Liberty
Independence, MO

SIMPLEX GRINELL
Dept CH 10320
Palatine, IL

THE PRIVATE BANK AND TRUST COMPANY
120 S Lasalle Street
Chicago, IL

SNOWMEN, INC.
PO Box 4247
Overland Park, KS

TRI LAND PROPERTIES, INC.
One Westbrook Corp Ctr
Suite 520
Westchester, IL

STINSON, MORRISON, HECKER, LLP
PO Box 843052
Kansas City, MO

TRI-LAND HOLDINGS INC.
One Westbrook Corp Ctr
Suite 520
Westchester, IL

STUCCO REPAIR SPECIALISTS LLC
PO Box 6012
Leawood, KS

VOLTAGE ENTERPRISES INC
217 W. A9th Terrace
Suite B
Kansas City, MO

# United States Bankruptcy Court
## Northern District of Illinois

In re  **T-L Brywood LLC, a Delaware Limited Liability Company**          Case No.
                                   Debtor(s)                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **T-L Brywood LLC, a Delaware Limited Liability Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tri-Land Kansas City Investors, LLC**
**a Delaware limited liability Co.**
**(100 %)**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 12, 2012** | **/s/ DAVID K. WELCH** |
| Date | **DAVID K. WELCH** |
| | Signature of Attorney or Litigant |
| | Counsel for **T-L Brywood LLC, a Delaware Limited Liability Company** |
| | **Crane, Heyman, Simon, Welch & Clar** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777 Fax:312-641-7114** |